JACQUELINE GOSS v. STEVEN ALLEN.

July 8, 1975. Petition for certification granted. (See 134 *N. J. Super.* 99)

STATE IN THE INTEREST OF J. F.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. A. J. HAWK.

July 8, 1975. Petition for certification denied.

IN RE. JAMES J. BONAFIELD.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CHECHELO.

July 8, 1975. Petition for certification denied.

MICHAEL J. BRESLIN, JR. v.
LIBERTY MUTUAL INSURANCE CO.

July 8, 1975. Petition for certification granted. (See 134 *N. J. Super.* 357).